1  PHILLIP A. TALBERT
United States Attorney
2  CODY S. CHAPPLE
Assistant U.S. Attorneys
3  2500 Tulare Street, Suite 4401
Fresno, California 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,          )   CASE NO. 1:21-CR-00105-TLN
                                       )
14          Plaintiff,                 )
                                       )
15      v.                             )   **NOTICE OF RELATED CASES**
                                       )
16  GARRETT SCOTT WHEELEN,             )
                                       )
17          Defendant.                 )
                                       )
18  _____  )

19  UNITED STATES OF AMERICA,          )   CASE NO. 1:24-CR-00109-NODJ-BAM
                                       )
20          Plaintiff,                 )
                                       )
21      v.                             )   **NOTICE OF RELATED CASES**
                                       )
22  GARRETT SCOTT WHEELEN,             )
                                       )
23          Defendant.                 )
                                       )
24  _____

25          Pursuant to Local Rule 123(f), the government notifies the Court and counsel that the above-

26  captioned matters are related. The cases arose from the same common nexus of fact and conduct

27  occuring on or about May 1, 2024. The Court issued an order regarding a petition for violation of the

28  defendant's supervised release on May 1, 2024, in the case numbered 1:21-CR-000105-TLN. A grand

jury charged the defendant by indictment on May 23, 2024, in the case numbered 1:24-CR-00109-NODJ-BAM. Therefore, the petition for violation of the terms of supervised release is related to the new indictment because they involve the same question of law and fact with respect to the charges and it could entail substantial duplication of labor if heard by different judges.

Dated:  May 23, 2022

PHILLIP A. TALBERT
United States Attorney

By:  */s/ Cody Chapple*
CODY S. CHAPPLE
Assistant United States Attorney