MICHELE BECKWITH
Acting United States Attorney
CODY S. CHAPPLE
DHRUV M. SHARMA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GARRETT SCOTT WHEELEN,<br><br>Defendant. | CASE NO. 1:24-CR-00109-DC<br>Related to   1:21-CR-00105-DC<br><br>**STIPULATION FOR TO CONTINUE SENTENCING HEARING AND REVOCATION HEARING; [PROPOSED] ORDER** |

The parties stipulate as follows:

1. On May 1, 2024, in case number 21-00105, an Order re Petition for Violation of Probation/Supervised Release was filed, and the Court issued an arrest warrant for defendant Garrett Scott Wheelen. [21-00105, ECF 76.] The defendant had his initial appearance on the petition on May 6, 2024, and the court ordered the defendant detained and set a status conference for May 22, 2024. [21-00105, ECF 80.]

2. On May 23, 2024, a grand jury indicted Wheelen for violations of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) – Possession of methamphetamine with intent to distribute, which is the same conduct that forms the basis of the supervised release violation. [24-00109, ECF 8]. The government then filed a notice of related cases. [24-00109, ECF 9;  21-00105, ECF 90]. On May 24, 2024, the court ordered Wheelen detained.

1

3. On May 29, 2024, the Court ordered the case numbered 1:24-CR-00109-NODJ-BAM be reassigned to the Hon. Troy L. Nunley and the caption changed to 1:24-CR-00109-TLN. [21-00105, ECF 90; 24-00109, ECF 13]. The cases were reassigned again to the Hon. Dena M. Coggins on October 8, 2024. [21-00105, ECF 93; 24-00109, ECF 19].

4. On January 3, 2025, the parties filed a plea agreement and the Court held a change of plea hearing on January 24, 2025. [21-00105, ECF 97; 24-00109, ECF 23]. Wheelen pled guilty to count one in the indictment, case numbered 24-00109 and admitted charge one in the petition, case number 21-00105. [21-00105, ECF 97; 24-00109, ECF 23]. The Court then set the sentencing hearing and revocation hearing on May 2, 2025.

5. Now, the parties have met and conferred and agreed to, and hereby request that the Court continue the sentencing hearing and revocation hearing in both cases to June 6, 2025, in order to provide defendant with reasonable time for effective preparation.

IT IS SO STIPULATED.

Dated: April 24, 2025                                    MIHCELE BECKWITH
                                                         Acting United States Attorney


                                                         */s/ Cody Chapple*
                                                         Cody Chapple
                                                         Dhruv M. Sharma
                                                         Assistant United States Attorney


Dated: April 24, 2025                                    */s/ E. Marshall Hodgkins*
                                                         E. Marshall Hodgkins
                                                         Counsel for Garrett Scott Wheelen

2

## **ORDER**

The court, having received, read and considered the parties' stipulations filed in both cases, 1:24-CR-00109-DC and 1:21-CR-00105-DC, and good cause appearing therefrom, ADOPTS the parties' stipulations.

Accordingly, the sentencing hearing in 1:24-CR-00109-DC and the revocation (disposition) hearing in 1:21-CR-00105-DC set for May 2, 2025, is VACATED and RESET for June 6, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins.

It is FURTHER ORDERED that all briefing related to the sentencing hearing in 1:24-CR-00109-DC and the revocation (disposition) hearing in 1:21-CR-00105-DC shall be filed no later than 12:00 p.m. (Noon) on May 28, 2025.

IT IS SO ORDERED.

Dated: **April 24, 2025**

Dena Coggins
United States District Judge